

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00447-CR

---

THE STATE OF TEXAS, APPELLANT

V.

LUIS ARMANDO VARA, APPELLEE

---

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 6296 (Counts I & II), Honorable Kimberly Allen, Presiding

---

January 9, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

The State of Texas appeals from the trial court's judgments adjudicating Appellee, Luis Armando Vara, guilty of the offenses of burglary of a habitation[1] and burglary of a building.[2] *See* TEX. CODE CRIM. PROC. ANN. art. 44.01. The trial court sentenced Appellee to ten years of confinement for burglary of a habitation and two years of confinement for

---

[1] *See* TEX. PENAL CODE ANN. § 30.02(c)(2).

[2] See TEX. PENAL CODE ANN. § 30.02(c)(1).

burglary of a building, suspended in favor of five years of community supervision.  Now pending before this Court is the State's motion to voluntarily dismiss the appeal.  The motion is signed by the district attorney.  *See* TEX. R. APP. P. 42.2(a).  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.